IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| JONATHAN ANDERSON, STEVEN BRADLEY, GERRY CONKLIN, JENNIFER CRAWFORD, DANIEL DELPORIA, JOHN MAYNARD, APRIL MCLEAN, MIKE SMITH, LARRY MARSHALL, MICHELLE JOHNSON, AND EDMUNDO VELASCO, INDIVIDUALLY AND ON BEHALF OF OTHER EMPLOYEES SIMILARLY SITUATED, | ) ) ) ) ) ) ) ) ) | |
| PLAINTIFFS, | ) ) | C.A. NO: 4:14-CV-2261-PMD |
| V. | ) ) ) | |
| WYNDHAM VACATION RESORTS, INC., AND WYNDHAM VACATION OWNERSHIP, INC. | ) ) ) | |

This matter is before the court on Plaintiffs' unopposed motion for an award of attorney's fees and costs (ECF No. 199).

On March 28, 2017, the parties filed a motion for approval of their settlement (ECF No. 193). Subsequently, the court issued a written order approving the settlement (ECF No. 197.) The attorney's fees and reimbursed costs were negotiated and agreed to by the parties.

Plaintiffs' counsel requests a total of $400,000.00 in attorney's fees. The court finds that the amount requested is reasonable.

Plaintiffs' counsel also requests a total of $21,136.00 in costs. These costs include travel expenses, the employment of private investigators, mediation expenses, and document production. The court finds that the costs incurred are reasonable and within the realm of expected expenses associated with litigation in similar cases.

1

Based on the foregoing, the court **GRANTS** Plaintiffs' unopposed motion for an award of attorneys' fees and costs, and awards attorneys' fees and costs, as detailed above.

**AND IT IS SO ORDERED.**

                                                                                          *[signature]*
                                                                                          PATRICK MICHAEL DUFFY
                                                                                          United States District Judge

**August 22, 2017**
**Charleston, South Carolina**